DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERKYS BILBAO,**
Appellant,

v.

**WILLIAM BLOODWORTH, MADELEYN BLOODWORTH, DANIEL LEYTON, AND KRAVITZ, TALAMO, & LEYTON, LLP,**
Appellee.

No. 4D2025-0441

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. 062018CA015453AXXXCE.

Joseph W. Gibson Jr., of Joseph W. Gibson, P.A., Miramar, for appellant.

Laura E. Burgess of L.E. Burgess, P.A., Miami, for appellees William and Madeleyn Bloodworth.

William M. Martin and Dan Hallenberg of Peterson Bernard, Fort Lauderdale, for appellees Daniel Leyton and Kravitz, Talamo, & Leyton, LLP.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***